**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cr-20254-GAYLES/TORRES**

**UNITED STATES OF AMERICA**

v.

**TENARD TYRONE THOMAS,**

    Defendant.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (the "Report") [ECF No. 42] on Defendant Tenard Tyrone Thomas's Motion to Suppress (the "Motion") [ECF No. 23]. On January 17, 2021, Defendant was arrested and charged with being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). [ECF No. 15]; [ECF No. 42 at 6]. On August 31, 2021, Defendant filed the instant Motion in which he seeks to "suppress any and all evidence, both physical and testimonial, obtained as a result of an unlawful seizure and search on January 17, 2021." [ECF No. 23 at 1]. On September 7, 2021, the Court referred the Motion to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a report and recommendation. [ECF No. 27]. On October 5, 2021, Judge Torres issued his Report recommending that the Motion be denied. [ECF No. 23]. On October 12, 2021, Defendant timely filed his Objections to the Report. [ECF No. 43].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres's well-reasoned analysis and conclusion that the Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 42], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2.   Defendant Tenard Tyrone Thomas's Motion to Suppress, [ECF No. 23], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of October, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE